UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CRAIG LINVILLE, *et al.*,<br><br>    Defendants. | NO.  SACV 21-1597-DDP (AGRx)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

      IT IS ORDERED as follows:

      (1) Defendant Superior Court's motion to dismiss the complaint is granted without leave to amend and all claims against the Superior Court are dismissed from this action;

      (3) All claims against the California Highway Patrol are dismissed  from this action without leave to amend; and

      (4) All claims against the individual CHP Officer Defendants are dismissed with leave to file a First Amended Complaint within 30 days after entry of this order.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

**Plaintiff is advised that if he fails to file a timely and corrected First Amended Complaint within 30 days after the entry of this order, this action may be dismissed.**

The action is referred back to the Magistrate Judge for further proceedings.

DATED: June 28, 2022

DEAN D. PREGERSON
United States District Judge