JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CRAIG LINVILLE, *et al.*,<br><br>　　　　　Defendant. | NO. SACV 21-1597-DDP (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that judgment is entered for Defendants and this action is dismissed.

DATED: August 4, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　United States District Judge